**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>BOARD OF ELECTIONS OF THE STATE OF NEW YORK; RAYMOND RILEY, III and KRISTEN ZEBROWSKI STAVISKY, in their official capacities as Co-Executive Directors of the Board of Elections of the State of New York; ESSMA BAGNUOLA, HENRY BERGER, ANTHONY CASALE, and PETER KOSINSKI, in their official capacities as Commissioners of the Board of Elections of the State of New York; and the STATE OF NEW YORK,<br><br>      Defendants. | No. 1:25-CV-1338 (MAD/PJE) |

**NOTICE OF APPEAL**

Plaintiff United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Second Circuit from this Court's Memorandum-Decision and Order granting the Motions to Dismiss by Defendants and Intervenors and denying the United States' Cross-Motion to Compel (ECF 101) and final judgment (ECF 102) entered in this action on July 10, 2026.

Dated: July 23, 2026

Respectfully submitted:

| | |
|---|---|
| JOHN A. SARCONE III<br>First Assistant U.S. Attorney<br>Northern District of New York | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |

2

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

GREGORY DOLIN
Senior Counsel
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

ANDREW G. BRANIFF
Acting Chief, Appellate Section


*/s/ James Thomas Tucker*
JAMES THOMAS TUCKER
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

Respectfully submitted,

*/s/ James Thomas Tucker*
James Thomas Tucker

APPEAL,CLOSED,MAD−PILOT

# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Albany)
## CIVIL DOCKET FOR CASE #: 1:25–cv–01338–MAD–PJE
### *Internal Use Only*

United States of America v. Board Of Elections of the State of New York et al
Assigned to: U.S. District Judge Mae A. D'Agostino
Referred to: Magistrate Judge Paul J. Evangelista
Cause: 28:1331 Fed. Question

Date Filed: 09/25/2025
Date Terminated: 07/10/2026
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**                    represented by **Eric Neff**
DOJ–Crt
Civil Rights Division
150 M St. NE – Ste 8–139
Washington, DC 20002
202–704–5430
Email: eric.neff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Gregory Dolin**
DOJ–Crt
950 Pennsylvania Avenue, NW
Washington, DC 20530
202–598–9251
Email: gregory.dolin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**James T. Tucker**
DOJ–Crt
U.S. Department of Justice
950 Pennsylvania Avenue NW
4con 8th Floor
Washington, DC 20530
202–307–2767
Email: james.t.tucker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2026*

**John A Sarcone , III**
U.S. District Court, NDNY
445 Broadway
Albany, NY 12207
518–431–0247
Email: John.Sarcone@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

V.

**Defendant**

**Board Of Elections of the State of New York**

**Defendant**

**Kristen Zebrowski Stavisky**
*in her official capacity as Co−Executive Director of the Board of Elections of the State of New York*

represented by **Brian Ginsberg**
Harris Beach Murtha Cullina PLLC
445 Hamilton Avenue, Suite 1206
White Plains, NY 10601
914−298−3028
Fax: 914−683−1210
Email: bginsberg@harrisbeach.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Thomas J. Garry**
Harris Beach Murtha Cullina PLLC
333 Earle Ovington Blvd, Suite 901
Uniondale, NY 11553
516−880−8489
Email: tgarry@harrisbeachmurtha.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Daniel R. LeCours**
Harris Beach Murtha Cullina PLLC
677 Broadway − Suite 1101
Albany, NY 12207
518−701−2749
Fax: 518−427−0235
Email: dlecours@harrisbeachmurtha.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Elliot Aaron Hallak**
Harris Beach Murtha Cullina PLLC − Albany Office
677 Broadway − Suite 1101
Albany, NY 12207
518−701−2748
Email: ehallak@harrisbeachmurtha.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Lisa A. LeCours**
Harris Beach Murtha Cullina PLLC
677 Broadway − Suite 1101
Albany, NY 12207
518−701−2763
Email: llecours@harrisbeach.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Raymond Riley, III**
*in his official capacity as Co−Executive*

represented by **Nicholas J. Faso**
Cullen and Dykman LLP

*Director of the Board of Elections of the State of New York*

80 State Street
Suite 900
Albany, NY 12207
518–788–9416
Email: nfaso@cullenllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Peter Kosinski**
*in his official capacity as Commissioner of the Board of Elections of the State of New York*

represented by **Nicholas J. Faso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Henry Berger**
*in his official capacity as Commissioner of the Board of Elections of the State of New York*

represented by **Brian Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Thomas J. Garry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Daniel R. LeCours**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Elliot Aaron Hallak**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Lisa A. LeCours**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Anthony Casale**
*in his official capacity as Commissioner of the Board of Elections of the State of New York*

represented by **Nicholas J. Faso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Essma Bagnuola**
*in her official capacity as Commissioner*

represented by **Brian Ginsberg**
(See above for address)

*of the Board of Elections of the State of New York*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Thomas J. Garry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Daniel R. LeCours**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Elliot Aaron Hallak**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Lisa A. LeCours**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**State of New York**          represented by   **Yuval Rubinstein**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212–416–8673
Email: yuval.rubinstein@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

V.

**Intervenor Defendant**

**National Association for the Advancement of Colored People**          represented by   **Andrew G. Celli , Jr.**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212–763–5000
Fax: 212–763–5001
Email: acelli@ecbawm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Aria Branch**
Elias Law Group LLP
250 Massachusetts Ave NW – Suite 400
Washington, DC 20001
202–968–4518
Email: abranch@elias.law

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Christopher D. Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW – Suite 400
Washington, DC 20001
202–987–4928
Email: cdodge@elias.law
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Claire Abbadi**
Emery Celli Brinckerhoff Abady Ward &
Maazel LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212–763–5000
Email: cabbadi@ecbawm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Daniel M. Eisenberg**
Emery Celli Brinckerhoff Abady Ward &
Maazel
One Rockefeller Plaza – 8th Floor
New York, NY 10020
212–763–5003
Email: deisenberg@ecbawm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Katherine R. Rosenfeld**
Emery Celli Brinckerhoff Abady Ward &
Maazel LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212–763–5000
Email: krosenfeld@ecbawm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Omeed Alerasool**
Election Law Clinic at Harvard Law
School
6 Everett Street
4105 Wasserstein Hall
Cambridge, MA 02138
617–384–0738
Email: oalerasool@elias.law
*TERMINATED: 06/29/2026*
*Bar Status: Phv*
*Fee Status: paid*

**Tina Meng Morrison**
Elias Law Group LLP
250 Massachusetts Ave NW – Suite 400
Washington, DC 20001
718–909–8665
Email: tmengmorrison@elias.law

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Intervenor Defendant**

| | | |
|---|---|---|
| **National Association for the Advancement of Colored People New York State Conference** | represented by | **Andrew G. Celli , Jr.** |

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Aria Branch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Christopher D. Dodge**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Claire Abbadi**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Daniel M. Eisenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Katherine R. Rosenfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Omeed Alerasool**
(See above for address)
 ***TERMINATED: 06/29/2026***
*Bar Status: Phv*
*Fee Status: paid*

**Tina Meng Morrison**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Intervenor Defendant**

| | | |
|---|---|---|
| **League of Women Voters of New York State** | represented by | **Patrick Berry** |

Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
646–925–8754
Fax: 212–463–7308
Email: berryp@brennan.law.nyu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*
*Fee Status: paid_2025*

**Alexis D. Grady**
Campaign Legal Center
1101 14th St. NW – Suite 400
Washington, DC 20005
202–736–2200
Email: agrady@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Daniel S. Lenz**
Campaign Legal Center
1101 14th St. NW – Suite 400
Washington, DC 20005
202–266–5156
Email: dlenz@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Heather J. Szilagyi**
Campaign Legal Center
1101 14th St. NW – Suite 400
Washington, DC 20005
202–736–2200
Email: hszilagyi@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Kate R. Hamilton**
Campaign Legal Center
1101 14th St. NW – Suite 400
Washington, DC 20005
202–360–2864
Email:
khamilton@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Maura E. O'Connor**
Brennan Center for Justice
777 6th St. NW – Suite 1100
Washington, DC 20001
202–679–5893
Email: oconnore@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Renata O'Donnell**
Campaign Legal Center
1101 14th St. NW – Suite 400
Washington, DC 20005
202–746–2200
Email:
rodonnell@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Robert B. Ferguson**
Campaign Legal Center
1101 14th St. NW – Suite 400
Washington, DC 20005
202–736–2200
Email:
bferguson@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Sejal Jhaveri**
1101 14th St. NW – Suite 400
Washington, DC 20005
202–736–2200
Email: sjhaveri@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Amicus**

**NY Citizens Audit Civic Fund, Inc.**          represented by     **John L. O'Kelly**
*d/b/a RealAmerica.Vote*                                           John L. O'Kelly
339 Richard Avenue
Hicksville, NY 11801–1248
516–450–1720
Fax: 516–681–1437
Email: okellyj56@gmail.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Amicus**

**Democratic National Committee**          represented by     **Daniel J. Freeman**
Democratic National Committee
430 South Capitol St SE #3
Washington, DC 20003
202–923–6429
Email: freemand@dnc.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Amicus**

**Maryland**          represented by     **Daniel M. Kobrin**
Office of the Attorney General– State of
Maryland
Civil Litigation Division
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410–576–6472
Email: dkobrin@oag.maryland.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|

| 09/25/2025 | 1 | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF against Essma Bagnuola, Henry Berger, Board Of Elections of the State of New York, Anthony Casale, Peter Kosinski, Raymond Riley, III, State of New York and Kristen Zebrowski Stavisky filed by United States of America. (Attachments: # 1 Civil Cover Sheet) (dpk) (Entered: 09/25/2025) |
|---|---|---|
| 09/25/2025 | 2 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 12/29/2025 at 9:30 AM in Albany before Magistrate Judge Paul J. Evangelista. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 12/22/2025. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (dpk) (Entered: 09/25/2025) |
| 09/25/2025 |  | TEXT NOTICE OF FILING DEFICIENCY as to United States of America. **NOTICE IS HEREBY GIVEN** of the following Filing Deficiency: Proposed Summons(es) were not included with the Complaint. Counsel is directed to file proposed summons(es) on the docket using the REQUEST FOR ISSUANCE OF SUMMONS(ES) event within 3 days of this notice.<br><br>Notice of Filing Deficiency Deadline 9/30/2025. (dpk) (Entered: 09/25/2025) |
| 09/25/2025 | 3 | NOTICE OF ADMISSION REQUIREMENT as to Party United States of America. Attorneys Harmeet K. Dhillon, Michael E. Gates, Maureen S. Riordan and Timothy F. Mellett admissions due by 10/9/2025. (dpk) (Entered: 09/25/2025) |
| 09/25/2025 | 4 | TEXT–ONLY NOTICE REGARDING JUDGE D'AGOSTINO CASE DISPOSITION PILOT – Please refer to the Individual Rules and Practices of the Hon. Mae A. D'Agostino, U.S. District Judge, for guidance regarding the Case Disposition Pilot. https://www.nynd.uscourts.gov/sites/nynd/files/MAD_Rules_of_Practice_04_14_2020.pdf. (dpk) (Entered: 09/25/2025) |
| 09/25/2025 | 5 | REQUEST FOR ISSUANCE OF SUMMONS(ES): United States of America is requesting summons(es) be issued as to All Defendants (Neff, Eric) (Entered: 09/25/2025) |
| 09/26/2025 |  | Clerk emailed the Dkt. No. 3 Notice of Admission Requirement, along with the Dkt. No. 2 G.O. 25 Filing Order to Attorney Riordan and Attorney Mellett on 9/25/2025. Clerk mailed the Dkt. No. 3 Notice of Admission Requirement, along with the Dkt. No. 2 G.O. 25 Filing Order via regular mail to Attorney Dhillon and Attorney Gates on 9/25/2025. (hmr) (Entered: 09/26/2025) |
| 09/30/2025 | 6 | Summons Issued as to Essma Bagnuola, Henry Berger, Board Of Elections of the State of New York, Anthony Casale, Peter Kosinski, Raymond Riley, III, State of New York and Kristen Zebrowski Stavisky. (Attachments: # 1 Summons Issued as to New York State) (dpk) (Entered: 09/30/2025) |
| 10/01/2025 | 7 | MOTION to Intervene filed by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference. Response to Motion due by 10/22/2025 (Attachments: # 1 Memorandum of Law, # 2 Exhibit(s) A: Declaration of Anthony P. Ashton in Support of Motion, # 3 Exhibit(s) B: Declaration of Joy Williams in Support of Motion, # 4 Exhibit(s) C: Proposed Answer) Motions referred to Paul J. Evangelista. (Celli, Andrew) (Entered: 10/01/2025) |
| 10/01/2025 | 8 | NOTICE OF APPEARANCE by Andrew G. Celli, Jr on behalf of National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference (Celli, Andrew) (Entered: 10/01/2025) |
| 10/01/2025 | 9 | NOTICE OF APPEARANCE by Katherine R. Rosenfeld on behalf of National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference (Rosenfeld, Katherine) (Entered: 10/01/2025) |
| 10/01/2025 | 10 | NOTICE OF APPEARANCE by Daniel M. Eisenberg on behalf of National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference (Eisenberg, Daniel) (Entered: 10/01/2025) |
| 10/07/2025 | 11 | TEXT ORDER STAYING CASE Pursuant to General Order #48: It is hereby ORDERED that this case is STAYED pursuant to General Order #48. It is further ORDERED that ALL Court deadlines in this case are STAYED between October 1, 2025, and the date the |

| | | |
|---|---|---|
| | | President signs into law a budget appropriation that restores Department of Justice funding. It is further ORDERED that the US Attorney's Office is directed to notify the Court immediately upon the restoration of Department of Justice funding by filing a status report on the case docket. Signed by U.S. District Judge Mae A. D'Agostino on 10/7/2025.(ban, ) (Entered: 10/07/2025) |
| 10/08/2025 | 12 | MOTION for Limited Admission Pro Hac Vice of Tina Meng Morrison. Filing fee $100, receipt number 27S419N8 filed by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 10/08/2025) |
| 10/08/2025 | 13 | MOTION for Limited Admission Pro Hac Vice of Omeed Alerasool. Filing fee $100, receipt number 27S419LS filed by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 10/08/2025) |
| 10/09/2025 | | **Notice of Attorney Admission Filing Deficiency** re: 12 Motion for Limited Admission Pro Hac Vice,. Pursuant to LR 83.1(d), the applicant **MUST** provide the following required documents: Certificate of Good Standing that has been issued by a Court; The corrected documents should be transmitted to the Court via MFT found on the Court's website https://www.nynd.uscourts.gov/submitting−files−court−mft and labeled 'Supplemental Admission documents'. Once all requirements under LR 83.1(d) have been met, the motion will be forwarded to the assigned Magistrate Judge for consideration. Notice of Compliance Deadline 10/23/2025 (jel, ) (Entered: 10/09/2025) |
| 10/09/2025 | 14 | Supplemental Admission documents re: 12 Motion for Limited Admission Pro Hac Vice submitted via MFT − Certificate of Good Standing **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]**. (dpk) (Entered: 10/09/2025) |
| 10/09/2025 | 15 | TEXT ORDER granting 13 Motion for Limited Admission Pro Hac Vice of Omeed Alerasool, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case..** Authorized by Magistrate Judge Paul J. Evangelista on 10/9/2025. (tab) (Entered: 10/09/2025) |
| 10/10/2025 | 16 | NOTICE OF APPEARANCE by Omeed Alerasool on behalf of National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference (Alerasool, Omeed) (Entered: 10/10/2025) |
| 10/15/2025 | 17 | TEXT ORDER granting 12 Motion for Limited Admission Pro Hac Vice of Tina Meng Morrison, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case..** Authorized by Magistrate Judge Paul J. Evangelista on 10/15/2025. (tab) (Entered: 10/15/2025) |
| 10/20/2025 | 18 | NOTICE OF APPEARANCE by Tina Meng Morrison on behalf of National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference (Meng Morrison, Tina) (Entered: 10/20/2025) |

| 10/24/2025 | 19 | MOTION for Limited Admission Pro Hac Vice of John O'Kelly. Filing fee $100, receipt number 27SHD6PD **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 10/24/2025) |
|---|---|---|
| 10/24/2025 | 20 | MOTION to Intervene *as Defendant* filed by League of Women Voters of New York State. Response to Motion due by 11/14/2025 (Attachments: # 1 Memorandum of Law in support of Motion to Intervene as Defendant, # 2 Exhibit(s) Proposed Answer, # 3 Declaration of Erica Smitka, # 4 Declaration of Kimberly Cameron, # 5 Declaration of Bijaya Khadka) Motions referred to Paul J. Evangelista. (Berry, Patrick) (Entered: 10/24/2025) |
| 10/24/2025 | 21 | NOTICE OF APPEARANCE by Patrick Berry on behalf of League of Women Voters of New York State (Berry, Patrick) (Entered: 10/24/2025) |
| 10/27/2025 | 22 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by League of Women Voters of New York State. (Berry, Patrick) (Entered: 10/27/2025) |
| 10/28/2025 | 23 | NOTICE OF APPEARANCE by Nicholas J. Faso on behalf of Anthony Casale, Peter Kosinski, Raymond Riley, III (Faso, Nicholas) (Entered: 10/28/2025) |
| 10/28/2025 | 24 | MOTION for Limited Admission Pro Hac Vice of Daniel S. Lenz Filing fee $100, receipt number 27SKG14O filed by League of Women Voters of New York State **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 10/28/2025) |
| 10/28/2025 | 25 | MOTION for Limited Admission Pro Hac Vice of Katherine R. Hamilton Filing fee $100, receipt number 27SKG16R filed by League of Women Voters of New York State **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 10/28/2025) |
| 10/28/2025 | 26 | MOTION for Limited Admission Pro Hac Vice of Robert Brent Ferguson Filing fee $100, receipt number 27SKG183 filed by League of Women Voters of New York State **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 10/28/2025) |
| 10/28/2025 | 27 | MOTION for Limited Admission Pro Hac Vice of Alexis Grady Filing fee $100, receipt number 27SKG18S filed by League of Women Voters of New York State **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 10/28/2025) |
| 10/28/2025 | 28 | MOTION for Limited Admission Pro Hac Vice of Sejal P. Jhaveri Filing fee $100, receipt number 27SKG19L filed by League of Women Voters of New York State **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 10/28/2025) |
| 10/28/2025 | 29 | MOTION for Limited Admission Pro Hac Vice of Heather J. Szilagyi Filing fee $100, receipt number 27SKG1AD filed by League of Women Voters of New York State **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 10/28/2025) |
| 10/28/2025 | 30 | MOTION for Limited Admission Pro Hac Vice of Renata O'Donnell Filing fee $100, receipt number 27SKG1D9 filed by League of Women Voters of New York State **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 10/28/2025) |
| 10/30/2025 | 31 | TEXT ORDER granting 19 Motion for Limited Admission Pro Hac Vice for John O'Kelly, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case..** Authorized by Magistrate Judge Paul J. Evangelista on 10/30/2025. (tab) (Entered: 10/30/2025) |

| | | |
|---|---|---|
| 10/30/2025 | 32 | TEXT ORDER granting <u>24</u> Motion for Limited Admission Pro Hac Vice of Daniel S. Lenz, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case**. Authorized by Magistrate Judge Paul J. Evangelista on 10/30/2025. (tab) (Entered: 10/30/2025) |
| 10/30/2025 | 33 | TEXT ORDER granting <u>25</u> Motion for Limited Admission Pro Hac Vice of Katherine R. Hamilton, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case**. Authorized by Magistrate Judge Paul J. Evangelista on 10/30/2025. (tab) (Entered: 10/30/2025) |
| 10/30/2025 | 34 | TEXT ORDER granting <u>26</u> Motion for Limited Admission Pro Hac Vice for Robert Brent Ferguson, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case**. Authorized by Magistrate Judge Paul J. Evangelista on 10/30/2025. (tab) (Entered: 10/30/2025) |
| 10/30/2025 | 35 | TEXT ORDER granting <u>27</u> Motion for Limited Admission Pro Hac Vice for Alexis Grady, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case.**. Authorized by Magistrate Judge Paul J. Evangelista on 10/30/2025. (tab) (Entered: 10/30/2025) |
| 10/30/2025 | 36 | TEXT ORDER granting <u>28</u> Motion for Limited Admission Pro Hac Vice for Sejal P. Jhaveri, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case.**. Authorized by Magistrate Judge Paul J. Evangelista on 10/30/2025. (tab) (Entered: 10/30/2025) |
| 10/31/2025 | 37 | TEXT ORDER granting <u>29</u> Motion for Limited Admission Pro Hac Vice of Heather J. Szilagyi, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** |

| | | |
|---|---|---|
| | | Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case.**. Authorized by Magistrate Judge Paul J. Evangelista on 10/31/2025. (tab) (Entered: 10/31/2025) |
| 10/31/2025 | 38 | TEXT ORDER granting 30 Motion for Limited Admission Pro Hac Vice of Renata O'Donnell, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case.**. Authorized by Magistrate Judge Paul J. Evangelista on 10/31/2025. (tab) (Entered: 10/31/2025) |
| 10/31/2025 | 39 | NOTICE OF APPEARANCE by Sejal Jhaveri on behalf of League of Women Voters of New York State (Jhaveri, Sejal) (Entered: 10/31/2025) |
| 11/03/2025 | 40 | NOTICE OF APPEARANCE by Daniel S. Lenz on behalf of League of Women Voters of New York State (Lenz, Daniel) (Entered: 11/03/2025) |
| 11/03/2025 | 41 | NOTICE OF APPEARANCE by Kate R. Hamilton on behalf of League of Women Voters of New York State (Hamilton, Kate) (Entered: 11/03/2025) |
| 11/03/2025 | 42 | NOTICE OF APPEARANCE by Alexis D. Grady on behalf of League of Women Voters of New York State (Grady, Alexis) (Entered: 11/03/2025) |
| 11/03/2025 | 43 | NOTICE OF APPEARANCE by Heather J. Szilagyi on behalf of League of Women Voters of New York State (Szilagyi, Heather) (Entered: 11/03/2025) |
| 11/03/2025 | 44 | NOTICE OF APPEARANCE by Renata O'Donnell on behalf of League of Women Voters of New York State (O'Donnell, Renata) (Entered: 11/03/2025) |
| 11/03/2025 | 45 | NOTICE OF APPEARANCE by Robert B. Ferguson on behalf of League of Women Voters of New York State (Ferguson, Robert) (Entered: 11/03/2025) |
| 11/04/2025 | 46 | First MOTION to File Amicus Brief by John L. O'Kelly. Response to Motion due by 11/25/2025. Reply to Response to Motion due by 12/2/2025 (Attachments: # 1 Proposed Order/Judgment) Motions referred to Paul J. Evangelista. (O'Kelly, John) (Entered: 11/04/2025) |
| 11/04/2025 | 47 | NOTICE OF APPEARANCE by Thomas J. Garry on behalf of Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky (Garry, Thomas) (Entered: 11/04/2025) |
| 11/04/2025 | 48 | NOTICE OF APPEARANCE by Brian Ginsberg on behalf of Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky (Ginsberg, Brian) (Entered: 11/04/2025) |
| 11/04/2025 | 49 | NOTICE OF APPEARANCE by Elliot Aaron Hallak on behalf of Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky (Hallak, Elliot) (Entered: 11/04/2025) |
| 11/04/2025 | 50 | NOTICE OF APPEARANCE by Daniel R. LeCours on behalf of Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky (LeCours, Daniel) (Entered: 11/04/2025) |
| 11/05/2025 | 51 | First MOTION to File Amicus Brief by John L. O'Kelly. Response to Motion due by 11/26/2025. Reply to Response to Motion due by 12/3/2025 (Attachments: # 1 Exhibit(s) Journal of Infomation Warfare,Caesar Cipher Article, # 2 Exhibit(s) Identitiy Theft at the NYSBOE, # 3 Exhibit(s) 2020, 2022 & 2024 Election Validity Scorecards, # 4 Exhibit(s) NY's 2022 General Election– The Reign of Error– Apathy, Incompetence or Malfeasance, # 5 Exhibit(s) Response to NYSBOE False Calims Explained, # 6 Exhibit(s) Inexplicable Changes To Voter Rolls, # 7 Exhibit(s) NYC's Summary Smurf Report, # 8 Exhibit(s) NY's 2022 General Electio Reconciliation) Motions referred to Paul J. Evangelista. (O'Kelly, John) (Entered: 11/05/2025) |
| 11/05/2025 | 52 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by National Association for the Advancement of Colored People. (Celli, Andrew) (Entered: 11/05/2025) |

| | | |
|---|---|---|
| 11/06/2025 | 53 | MOTION for Limited Admission Pro Hac Vice of Christopher D. Dodge Filing fee $100, receipt number 27SSRQCG filed by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 11/06/2025) |
| 11/07/2025 | 54 | TEXT ORDER granting 53 Motion for Limited Admission Pro Hac Vice of Christopher D. Dodge, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement.** **You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case.**. Authorized by Magistrate Judge Paul J. Evangelista on 11/7/2025. (tab) (Entered: 11/07/2025) |
| 11/10/2025 | 55 | TEXT ORDER granting 46 Motion to File Amicus Brief: It is hereby ORDERED that the 46 Motion to File Amicus Brief by RealAmerica.vote is GRANTED; The Court accepts for filing 51 Amicus Brief by RealAmerica.vote. Signed by U.S. District Judge Mae A. D'Agostino on 11/10/2025. (ban) (Entered: 11/10/2025) |
| 11/20/2025 | 56 | NOTICE OF APPEARANCE by Lisa A. LeCours on behalf of Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky (LeCours, Lisa) (Entered: 11/20/2025) |
| 11/21/2025 | 57 | NOTICE OF APPEARANCE by Yuval Rubinstein on behalf of State of New York (Rubinstein, Yuval) (Entered: 11/21/2025) |
| 11/21/2025 | 58 | TEXT ORDER LIFTING STAY: It is hereby ORDERED that the Stay entered pursuant to General Order No. 48 [Dkt. no. 11] on October 7, 2025 is hereby Lifted. Signed by U.S. District Judge Mae A. D'Agostino on 11/21/2025. (ban) (Entered: 11/21/2025) |
| 11/21/2025 | 59 | LETTER BRIEF *Joint Scheduling Request* by United States of America. (Neff, Eric) (Entered: 11/21/2025) |
| 11/21/2025 | 60 | NOTICE OF APPEARANCE by Christopher D. Dodge on behalf of National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference (Dodge, Christopher) (Entered: 11/21/2025) |
| 11/25/2025 | 61 | MOTION for Limited Admission Pro Hac Vice of Maura O'Connor. Filing fee $100, receipt number 27TBRIJI filed by League of Women Voters of New York State. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 11/25/2025) |
| 12/03/2025 | 62 | TEXT ORDER granting 61 Motion for Limited Admission Pro Hac Vice of Maura O'Connor, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement.** **You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case.**. Authorized by Magistrate Judge Paul J. Evangelista on 12/3/2025. (tab) (Entered: 12/03/2025) |
| 12/05/2025 | 63 | NOTICE OF APPEARANCE by Maura E. O'Connor on behalf of League of Women Voters of New York State (O'Connor, Maura) (Entered: 12/05/2025) |
| 12/10/2025 | 64 | NOTICE by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference re 7 MOTION to Intervene filed by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference. *Supplemental Authorities in Support of Motion to Intervene* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2)(Dodge, Christopher) (Entered: 12/10/2025) |

| | | |
|---|---|---|
| 12/10/2025 | 65 | MOTION for Limited Admission Pro Hac Vice of Aria Branch Filing fee $100, receipt number 27TQ3KRD filed by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 12/11/2025) |
| 12/12/2025 | 66 | LETTER BRIEF *with Proposed Briefing Schedule* by United States of America. (Neff, Eric) (Entered: 12/12/2025) |
| 12/15/2025 | 67 | MOTION for Limited Admission Pro Hac Vice of Daniel Kobrin. Filing fee $100, receipt number 27TRKSHN **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Paul J. Evangelista. (dpk) (Entered: 12/15/2025) |
| 12/16/2025 | 68 | TEXT ORDER granting 66 Joint LETTER Request filed by United States of America: It is hereby ORDERED that the 66 Letter Request/Briefing Schedule is GRANTED, without the need for a pre−motion conference. All Answers or Motions are due to be filed by 12/30/2025. Response papers are due 1/6/26; Reply papers due 1/20/25. NO extensions of these deadlines will be entertained. Signed by U.S. District Judge Mae A. D'Agostino on 12/16/26. (ban) (Entered: 12/16/2025) |
| 12/18/2025 | 69 | TEXT ORDER granting 65 Motion for Limited Admission Pro Hac Vice of Aria Branch, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement.  You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case.** IT IS SO ORDERED. Authorized by Magistrate Judge Paul J. Evangelista on 12/18/2025. (egr) (Entered: 12/18/2025) |
| 12/19/2025 | 70 | TEXT ORDER granting 67 Motion for Limited Admission Pro Hac Vice of Daniel Kobrin, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement.  You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case.**. Authorized by Magistrate Judge Paul J. Evangelista on 12/19/2025. (tab) (Entered: 12/19/2025) |
| 12/23/2025 | 71 | TEXT NOTICE: The Rule 16 Initial Conference scheduled for 12/29/2025 at 9:30am before Magistrate Judge Paul J. Evangelista and the deadline to submit a proposed Civil Case Management Plan and exchange Mandatory Disclosures are ADJOURNED without date pending a decision on the anticipated dispositive motion(s). (tab) (Entered: 12/23/2025) |
| 12/29/2025 | 72 | NOTICE OF APPEARANCE by Aria Branch on behalf of National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference (Branch, Aria) (Entered: 12/29/2025) |
| 12/30/2025 | 73 | MOTION for Leave to File *Motion to Dismiss* filed by League of Women Voters of New York State. Response to Motion due by 1/20/2026 (Attachments: # 1 Proposed Notice of Motion to Dismiss, # 2 Memorandum in Support of Proposed Motion to Dismiss, # 3 Exhibit(s) A, # 4 Exhibit(s) B, # 5 Exhibit(s) C, # 6 Exhibit(s) D, # 7 Exhibit(s) E) Motions referred to Paul J. Evangelista. (Lenz, Daniel) (Entered: 12/30/2025) |
| 12/30/2025 | 74 | MOTION to Dismiss for Failure to State a Claim filed by State of New York. Motion returnable before Judge D'Agostino Response to Motion due by 1/20/2026. Reply to Response to Motion due by 1/27/2026 (Attachments: # 1 Memorandum of Law, # 2 Declaration, # 3 Exhibit(s) A, # 4 Exhibit(s) B, # 5 Exhibit(s) C, # 6 Exhibit(s) D, # 7 |

| | | |
|---|---|---|
| | | Exhibit(s) E, # 8 Exhibit(s) F) (Rubinstein, Yuval) (Entered: 12/30/2025) |
| 12/30/2025 | 75 | ANSWER to 1 Complaint, by Anthony Casale, Peter Kosinski, Raymond Riley, III.(Faso, Nicholas) (Entered: 12/30/2025) |
| 12/30/2025 | 76 | MOTION to Dismiss for Failure to State a Claim filed by Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky. Motion returnable before Judge Mae A. D'Agostino Response to Motion due by 1/20/2026. Reply to Response to Motion due by 1/27/2026 (Attachments: # 1 Declaration of Elliot A. Hallak, Esq. in Support of Motion to Dismiss, # 2 Exhibit(s) 1 Letter dated June 30, 2025, # 3 Exhibit(s) 2 – Acknowledgement Letter dated July 24, 2025, # 4 Exhibit(s) 3 Letter dated August 14, 2025, # 5 Exhibit(s) 4 Letter dated August 29, 2025, # 6 Memorandum of Law in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)) (Hallak, Elliot) (Entered: 12/30/2025) |
| 12/30/2025 | 77 | MOTION TO DISMISS by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference *of Proposed Motion to Dismiss* (Attachments: # 1 Memorandum of Law)(Branch, Aria) Modified on 12/31/2025 (ban). (Entered: 12/30/2025) |
| 12/31/2025 | 78 | Amicus Brief by Daniel J. Freeman. Response to Motion due by 1/21/2026. Reply to Response to Motion due by 1/28/2026 (Attachments: # 1 Memorandum of Law, # 2 Proposed Amicus Brief, # 3 Exhibit(s) 1: Weber Transcript, # 4 Proposed Order/Judgment) Motions referred to Paul J. Evangelista. (Freeman, Daniel) Modified on 1/9/2026 (ban). (Entered: 12/31/2025) |
| 01/06/2026 | 79 | Amicus Brief *by Seventeen States* by DANIEL KOBRIN. Response to Motion due by 1/27/2026. Reply to Response to Motion due by 2/3/2026 (Attachments: # 1 Exhibit(s) Amicus Brief, # 2 Proposed Order/Judgment) Motions referred to Paul J. Evangelista. (Kobrin, Daniel) Modified on 1/9/2026 (ban). (Entered: 01/06/2026) |
| 01/06/2026 | 80 | Letter Request Motion by United States of America *Motion to Exceed Page Limit* (Attachments: # 1 Memorandum of Law Memo in Support)(Neff, Eric) Modified on 1/9/2026 (ban, ). (Entered: 01/06/2026) |
| 01/06/2026 | 81 | CROSS–MOTION to Compel *and Response in Opposition to 73 , 74 , 76 , 77 Motions to Dismiss* filed by United States of America. Reply to Response/Response to Cross–Motion due by 1/20/2026. (Attachments: # 1 Memorandum of Law Memo of Law in Support, # 2 Declaration Declaration and Exhibits) (Neff, Eric) Modified on 1/7/2026 (dpk). (Entered: 01/06/2026) |
| 01/06/2026 | | Set/Reset Deadlines as to 73 MOTION for Leave to File *Motion to Dismiss* filed by League of Women Voters of New York State, 74 MOTION to Dismiss filed by State of New York. 76 MOTION to Dismiss filed by Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky. 77 MOTION to Dismiss by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference 81 CROSS–MOTION to Compel *and Response in Opposition to Motions to Dismiss* filed by United States of America. Reply to Response to Motion due by 1/20/2026. (dpk) (Entered: 01/07/2026) |
| 01/07/2026 | | CLERK'S CORRECTION OF DOCKET ENTRY re 81 Motion to Compel. Modified docket text for clarity and updated deadlines in accordance with the Court's Text Order at dkt. no. 68. (dpk) (Entered: 01/07/2026) |
| 01/09/2026 | 82 | TEXT ORDER granting 78 and 79 Motions to file Amicus Briefs: It is hereby ORDERED that the 78 Motion to File Amicus Brief by the Democratic National Committee In Support of Defendants' Motions to Dismiss and 79 Motion to File Amicus Brief by Seventeen States (Arizona, California, Colorado, Delaware, Hawaii, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, and Washington), through their respective Attorneys General, In Support of Defendants' Motions to Dismiss are GRANTED. The Court accepts for filing [78–2] and [79–1] Amicus Briefs. Signed by U.S. District Judge Mae A. D'Agostino on 1/8/26.. Signed by U.S. District Judge Mae A. D'Agostino on 1/9/2026. (ban, ) (Entered: 01/09/2026) |
| 01/09/2026 | 83 | TEXT ORDER granting 80 Letter Request for leave to file an oversized brief: It is hereby ORDERED that the plaintiffs request for leave to file an oversized brief, not to exceed 31 pages, is GRANTED; The Court accepts the plaintiff's brief as filed at [81–1]. Signed by |

| | | U.S. District Judge Mae A. D'Agostino on 1/9/2026. (ban) (Entered: 01/09/2026) |
|---|---|---|
| 01/12/2026 | 84 | NOTICE OF APPEARANCE by Gregory Dolin on behalf of All Plaintiffs (Dolin, Gregory) (Entered: 01/12/2026) |
| 01/14/2026 | 85 | NOTICE OF APPEARANCE by Claire Abbadi on behalf of National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference (Abbadi, Claire) (Entered: 01/14/2026) |
| 01/20/2026 | 86 | REPLY to Response to Motion re 74 Motion to Dismiss for Failure to State a Claim, *and in Opposition to Plaintiff's Cross−Motion to Compel* filed by State of New York. (Rubinstein, Yuval) (Entered: 01/20/2026) |
| 01/20/2026 | 87 | RESPONSE in Opposition re 81 Motion to Compel, filed by Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky. (Attachments: # 1 Declaration, # 2 Exhibit(s) 1, # 3 Exhibit(s) 2, # 4 Exhibit(s) 3, # 5 Exhibit(s) 4, # 6 Exhibit(s) 5, # 7 Exhibit(s) 6, # 8 Exhibit(s) 7, # 9 Exhibit(s) 8)(Hallak, Elliot) (Entered: 01/20/2026) |
| 01/20/2026 | 88 | Reply in Support of 73 Motion to Dismiss and Response to 81 Plaintiff's Motion to Compel filed by League of Women Voters of New York State. Response to Motion due by 2/10/2026 (Attachments: # 1 Reply in Support of Proposed Motion to Dismiss and Response to Plaintiff's Motion to Compel, # 2 Exhibit(s) A − Weber Order) (Lenz, Daniel) Modified on 1/28/2026 (ban). (Entered: 01/20/2026) |
| 01/20/2026 | 89 | RESPONSE in Opposition re 81 Motion to Compel, *and Reply to Response to 77 Proposed Motion to Dismiss* filed by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference. (Branch, Aria) (Entered: 01/20/2026) |
| 01/28/2026 | 90 | TEXT ORDER granting 88 Motion for Leave to File the reply at 88−1 and 88−2:It is hereby ORDERED that the Court grants the Intervenor's request for leave to file a reply. It is further ORDERED that the Court will accept the Reply filed at [88−1] and Exhibit at [88−2], as filed. Signed by U.S. District Judge Mae A. D'Agostino on 01/28/2026. (ban) (Entered: 01/28/2026) |
| 02/06/2026 | 91 | NOTICE by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference re 77 MOTION to Dismiss. *Supplemental Authority in Support of Motion to Dismiss* (Attachments: # 1 Exhibit(s) A − Order, United States v. Oregon (D. Or.))(Branch, Aria) (Entered: 02/06/2026) |
| 04/09/2026 | 92 | NOTICE by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference *of Supplemental Authority* (Attachments: # 1 Exhibit(s) A)(Branch, Aria) (Entered: 04/09/2026) |
| 04/14/2026 | 93 | NOTICE OF APPEARANCE by James T. Tucker on behalf of United States of America (Tucker, James) (Entered: 04/14/2026) |
| 04/14/2026 | 94 | RESPONSE TO LETTER BRIEF filed by United States of America as to 92 Notice (Other) filed by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference . (Attachments: # 1 Exhibit(s) 1 − Transcript of Oral Arguments)(Tucker, James) (Entered: 04/14/2026) |
| 04/28/2026 | 95 | NOTICE by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference re 77 MOTION to Dismiss. *Supplemental Authority in Support of Motion to Dismiss* (Attachments: # 1 Exhibit(s) A)(Branch, Aria) (Entered: 04/28/2026) |
| 04/30/2026 | 96 | NOTICE by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference re 77 MOTION to Dismiss. *Supplemental Authority in Support of Motion to Dismiss* (Branch, Aria) (Entered: 04/30/2026) |
| 05/15/2026 | 97 | NOTICE by United States of America re 81 MOTION to Compel *and Opposition to Motion to Dismiss* filed by United States of America. *Notice of Supplemental Authority (OLC Opinion)* (Attachments: # 1 Exhibit(s) OLC Opinion)(Tucker, James) (Entered: |

| | | 05/15/2026) |
|---|---|---|
| 05/18/2026 | 98 | RESPONSE TO LETTER BRIEF filed by Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky as to 97 Notice (Other), filed by United States of America . (Hallak, Elliot) (Entered: 05/18/2026) |
| 05/20/2026 | 99 | TEXT ORDER regarding 97 Notice of Supplemental Authority by United States of America re 81 Motion to Compel and Opposition to Motion to Dismiss and 98 Response to Letter Brief filed by Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky as to 97 Notice: Among numerous other motions and filings, the Court is in receipt of Plaintiff's notice of supplemental authority, filed May 15, 2026, as well as the response thereto filed by Defendants the Board of Elections of the State of New York, Co–Executive Director Kristen Zebrowski Stavisky, and Commissioners Henry Berger and Essma Bagnuola. See Dkt. Nos. 97, 98. The Court currently expresses no opinion regarding the "OLC Notice" contained in Plaintiff's latest notice of supplemental authority. See Dkt. No. 97–1. The Court will determine what documents and authority can be considered and issue a decision regarding the parties' pending motions in due course. Pending before the Court are, inter alia, motions to dismiss, motions to intervene, amicus briefs, and numerous notices of supplemental authority. No further briefing or submissions are necessary at this time. Accordingly, the Court ORDERS that no further submissions of any kind will be accepted until the pending motions are decided. IT IS SO ORDERED. Signed by U.S. District Judge Mae A. D'Agostino on 05/20/2026. (ban) (Entered: 05/20/2026) |
| 06/29/2026 | 100 | NOTICE by National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference *of Withdrawal of Attorney Omeed Alerasool* (Alerasool, Omeed) (Entered: 06/29/2026) |
| 07/10/2026 | 101 | MEMORANDUM–DECISION AND ORDER: The Court hereby ORDERS that Intervenor Defendants' motions to intervene (Dkt. Nos. 7 , 20 ) are GRANTED; and the Court further ORDERS that Defendants' and Intervenor Defendants' motions to dismiss (Dkt. Nos. 73 , 74 , 76 , 77 ) are GRANTED; and the Court further ORDERS that the Government's complaint (Dkt. No. 1 ) is DISMISSED with prejudice; and the Court further ORDERS that the Government's cross–motion to compel (Dkt. No. [81–1]) is DENIED as moot; and the Court further ORDERS that the Clerk of the Court is directed to enter judgment in Defendants' favor and close this case; and the Court further ORDERS that the Clerk shall serve a copy of this Memorandum– Decision and Order on the parties in accordance with Local Rules. Signed by U.S. District Judge Mae A. D'Agostino on 7/10/26. (ban) (Entered: 07/10/2026) |
| 07/10/2026 | 102 | JUDGMENT in favor of Board Of Elections of the State of New York, League of Women Voters of New York State, National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference, State of New York, Anthony Casale, Essma Bagnuola, Henry Berger, Kristen Zebrowski Stavisky, Peter Kosinski, Raymond Riley, III against United States of America. (Attachments: # 1 Appeal Notice) (ban) (Entered: 07/10/2026) |
| 07/23/2026 | 103 | NOTICE OF APPEAL as to 102 Judgment, 101 Order on Motion for Leave to File,,,,, Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,, Order on Motion to File Amicus Brief,,,,,,,, Order on Motion to Compel,,,, Order on Motion to Intervene,,,,,,, by United States of America. No fee paid. (Tucker, James) (Entered: 07/23/2026) |