# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. Board of Elections of the State of New York Docket No.: 26-2060

Lead Counsel of Record (name/firm) or Pro se Party (name): Patrick Berry / Brennan Center for Justice at New York University School of Law

Appearance for (party/designation): League of Women Voters of New York State / Intervenor-Defendant - Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______
( ) Incorrect. Please change the following parties' designations:

| Party | Correct Designation |
|---|---|

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: ______
Firm: ______
Address: ______
Telephone: ______ Fax: ______
Email: ______

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: ______

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: United States of America v. Thomas, Docket No. 26-2064

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ______ OR that ( ) I applied for admission on ______ or renewal on ______. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Patrick Berry
Type or Print Name: Patrick Berry
OR
Signature of pro se litigant: ______
Type or Print Name: ______
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions: This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted electronically as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.**

**Case Information:**

Short Title: United States of America v. Board of Elections of the State of New York Docket Number:__________

**Personal Contact Information:**

Client 1:

Name:__________
Address:__________
Telephone:__________ Fax:__________
Email:__________

Client 2:

Name:__________
Address:__________
Telephone:__________ Fax:__________
Email:__________

Client 3:

Name:__________
Address:__________
Telephone:__________ Fax:__________
Email:__________

Client 4:

Name:__________
Address:__________
Telephone:__________ Fax:__________
Email:__________

Client 5:

Name:__________
Address:__________
Telephone:__________ Fax:__________
Email:__________