# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **United States of America v. Board Of Elections of the State of New York** Docket No.: 26-2060

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Nicholas J. Faso

Firm: Cullen & Dykman LLP

Address: 80 State Street, Suite 900

Telephone: 518-788-9416      Fax: 518-689-9519

E-mail: nfaso@cullenllp.com

Appearance for: Peter S. Kosinski / Defendant - Appellee
(party/designation)

Select One:

☑ Substitute counsel (replacing lead counsel: Barbara D. Underwood / NYS Office of Attorney General )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 10/23/19 OR

☐ I applied for admission on .

Signature of Counsel: /s/ Nicholas J. Faso

Type or Print Name: Nicholas J. Faso