**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: August 13, 2026

Docket #: 26-2060

Short Title: United States of America v. Board Of Elections of the State of New York

DC Docket #: 1:25-cv-1338

DC Court: NDNY (SYRACUSE)

DC Judge: Mae A. D'Agostino

**NOTICE OF EXPEDITED APPEAL**

By notice filed July 23, 2026, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than September 17, 2026, 35 days from the date of this notice. Appellees' brief are due no later than October 22, 2026 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8523.