# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Board of Elections of the State of New York Docket No.: 26-2060

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Thomas J. Garry

Firm: Harris Beach Murtha Cullina PLLC

Address: 333 Earle Ovington Blvd, Suite 901, Uniondale, New York 11553

Telephone: (516) 880-8489 Fax:

E-mail: tgarry@harrisbeachmurtha.com

**Appearance for:** Defendants/Appellees Essma Bagnuola, Henry T. Berger, Kristen Zebrowski Stavisky
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Barbara D. Underwood - NYS Office of the Attorney General)
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/23/2020 OR

☐ I applied for admission on .

Signature of Counsel: [signature]

Type or Print Name: Thomas J. Garry