**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 2, 2026
Docket #: 26-2060
Short Title: United States of America v. Board Of Elections of the State of New York

DC Docket #: 1:25-cv-1338
DC Court: NDNY (SYRACUSE)
DC Judge: Mae A. D'Agostino

**NOTICE OF DEFECTIVE FILING**

On August 25, 2026 the Brief & Special Appendix, Joint Appendices, on behalf of the Appellant United States of America, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

______ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
______ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
______ Missing motion information statement *(T-1080 - Local Rule 27.1)*
______ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
______ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
______ Improper proof of service *(FRAP 25)*
    ______ Missing proof of service
    ______ Served to an incorrect address
    ______ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
______ Failure to submit document in digital format *(Local Rule 25.1)*
______ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
______ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
______ Failure to file special appendix *(Local Rule 32.1)*
___X___ Defective cover *(FRAP 32)*
    ___X___ Incorrect caption *(FRAP 32)*
    ______ Wrong color cover *(FRAP 32)*
    ______ Docket number font too small *(Local Rule 32.1)*
______ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
______ Incorrect font *(FRAP 32)*
______ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
______ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
______ Untimely filing
______ Incorrect Filing Event
___X___ Other: **When re-filing these documents please use the previous filing events selected. Please see the correct caption below.**

**United States of America,**

**Plaintiff - Appellant,**

**v.**

**New York State Board of Elections, Kristen Zebrowski Stavisky, in her official capacity as Co−Executive Director of the Board of Elections of the State of New York, Raymond J. Riley III, in his official capacity as Co−Executive Director of the Board of Elections of the State of New York, Peter S. Kosinski, in his official capacity as Commissioner of the Board of Elections of the State of New York, Henry T. Berger, in his official capacity as Commissioner of the Board of Elections of the State of New York, Anthony J. Casale, in his official capacity as Commissioner of the Board of Elections of the State of New York, Essma Bagnuola, in her official capacity as Commissioner of the Board of Elections of the State of New York, State of New York,**

**Defendants - Appellees,**

**National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference, League of Women Voters of New York State,**

**Intervenor-Defendants - Appellees.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than September 04, 2026. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8523.