# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-six.

---

United States of America,

Plaintiff - Appellant,

v.

New York State Board of Elections, et al.,

Defendants - Appellees,

National Association for the Advancement of Colored People, National Association for the Advancement of Colored People New York State Conference, League of Women Voters of New York State,

Intervenor-Defendants - Appellees.

---

**ORDER**

Docket No. 26-2060

Project Civica moves for leave to file an amicus curiae brief in support of the Plaintiff-Appellant.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe