# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of October, two thousand twenty-six.

---

United States of America,

Plaintiff - Appellant,

v.

New York State Board of Elections, et al.

Defendants - Appellees,

National Association for the Advancement of Colored People, et al.

Intervenor-Defendants - Appellees.

---

**ORDER**

Docket No. 26-2060

The Government moves for a two-week extension of time, up to and including October 27, 2026, to file its reply brief.

IT IS HEREBY ORDERED that the motion is GRANTED, on consent.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS